IN RE ALL KELLEY & FERRARO ASBESTOS CASES, APPELLEE,
*v.* AMCHEM PRODUCTS, INC. ET AL., APPELLANTS.

[Cite as *In re All Kelley & Ferraro Asbestos Cases v. Amchem Products, Inc.,* 105 Ohio St.3d 287, 2005-Ohio-1650.]

(No. 2004-0373—Submitted January 19, 2005—Decided April 20, 2005.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *In re All Kelley & Ferraro Asbestos Cases,* 104 Ohio St.3d 605, 2004-Ohio-7104, 821 N.E.2d 159, and the cause is remanded for further proceedings consistent therewith.

MOYER, C.J., CARR, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents.

LANZINGER, J., not participating.

DONNA J. CARR, J., of the Ninth Appellate District, sitting for RESNICK, J.

Hahn Loeser & Parks, L.L.P., and Robert J. Fogarty, for appellee.

Jones Day, Patrick F. McCartan, Mark Herrmann and Mary Beth Young, for appellants Pfizer, Inc. and Quigley Company, Inc.

Vorys, Sater, Seymour & Pease, L.L.P., David S. Cupps and Richard D. Schuster, for appellants Amchem Products, Inc., CertainTeed Corp., Dana Corp., I.U. North America, Inc., Maremont Corp., National Service Industries, Inc., Nosroc Corp., and Union Carbide Corp.

Cooper & Walinski, L.P.A., and Richard S. Walinski, for appellant Dana Corp.

The Zagrans Law Firm Co., L.P.A., and Eric H. Zagrans; Marcus, Santoro & Kozac, P.C., Frank J. Santoro, Karen M. Crowley and John M. Ryan Jr., for appellant C.E. Thurston & Sons, Inc.